NOT FOR PUBLICATION                                                                    CLOSED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| SIGFREDO ALICEA, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION NO. 10-4702 (JLL) |
| | : | |
| | : | **ORDER ADOPTING** |
| | : | **MAY 3, 2011 REPORT AND** |
| | : | **RECOMMENDATION** |
| OUTBACK STEAKHOUSE, et. al. | : | |
| | : | |
| | : | |
| | : | |
| Defendants. | : | |

This matter comes before the Court on Plaintiff's motion to remand. For the reasons set forth in this Court's corresponding Opinion,

**IT IS** on this 9th day of June, 2011

**ORDERED** that this Court adopts Magistrate Judge Claire C. Cecchi's May 3, 2011 Report and Recommendation, and thus grants Plaintiff's motion to remand; and it is further

**ORDERED** that the Clerk of the Court shall close the file in this matter.

**SO ORDERED.**

/s/ Jose L. Linares
JOSE L. LINARES
U.S. DISTRICT JUDGE